Marc Van Der Hout (California Bar # 80778)
Zachary Nightingale (California Bar #184501)
Stacy Tolchin (California Bar # 217431)
Avantika Shastri (California Bar # 233453)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone:  (415) 981-3000
Facsimile:  (415) 981-3003

Attorneys for Plaintiff
Jie Jian JIANG

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Jie Jian JIANG,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; David STILL, in his Official Capacity, Director, San Francisco United States Citizenship and Immigration Services;  and Michael CHERTOFF, in his Official Capacity, Secretary of the Department of Homeland Security,<br><br>    Defendants. | Case No. C 07-00957 PJH<br><br>**PLAINTIFF'S MOTION TO DISMISS ACTION; AND [PROPOSED] ORDER** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, by and through his
2  attorneys of record, hereby moves this Court to dismiss the above-entitled action without
3  prejudice.

Date: April 30, 2007                    Respectfully submitted,

Marc Van Der Hout
Zachary Nightingale
Stacy Tolchin
Avantika Shastri
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone:  (415) 981-3000
Facsimile:  (415) 981-3003

Attorneys for Plaintiff

by:___/s/_____
     Zachary Nightingale

**ORDER**

Pursuant to Plaintiff's motion, IT IS SO ORDERED.

Date:  4/30/07                          _____
                                        Phyllis J. Hamilton
                                        United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

Motion to Dismiss; and [Proposed] Order                    No: C 07-00957 PJH

PROOF OF SERVICE BY MAIL

I, Zachary Nightingale, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.

On April 30, 2007, I caused to be served the within:

**MOTION TO DISMISS; AND [PROPOSED] ORDER**

on the opposing counsel by depositing one copy thereof, enclosed in a sealed envelope with postage fully pre-paid, in a mailbox regularly maintained by the United States Postal Service at San Francisco, California, addressed as follows:

> Ila Deiss
> Office of the U.S. Attorney
> Northern District of California
> 450 Golden Gate Avenue,
> Box 36055
> San Francisco, CA 94102

Executed on April 30, 2007, at San Francisco, California. I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

> /s/
> Zachary Nightingale
> Declarant